**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00638-CR
No. 05-14-00639-CR

**ZANTAR LADON KELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00158-S, F07-60023-S**

## ORDER

Appellant's brief was due originally on August 9, 2014. After receiving an extension, appellant's counsel withdrew from representation. New counsel was appointed on December 4, 2014 and the due date for appellant's brief was extended to January 7, 2015. Subsequently, the Court granted appellant another extension of time to February 6, 2015. Appellant failed to file his brief and has requested another extension.

Appellant's February 11, 2015 motion to extend the time to file appellant's brief is **DENIED**.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and

recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
JUSTICE